reconsideration. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**97–73. State ex rel. Boggs v. Springfield Local School Dist. Bd. of Edn.**
Summit App. No. 16451. Reported at 82 Ohio St.3d 222, 694 N.E.2d 1346. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

COOK, J., not participating.

**97–137. Buckeye Community Hope Found. v. Cuyahoga Falls.**
Summit App. No. 17933. Reported at 82 Ohio St.3d 539, 697 N.E.2d 181. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**97–231. State ex rel. Mallory v. Pub. Emp. Retirement Bd.**
Franklin App. No. 96APD05–674. Reported at 82 Ohio St.3d 235, 694 N.E.2d 1356. On motions for reconsideration. Motions denied.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**97–1112. Salem Med. Arts & Dev. Corp. v. Columbiana Cty. Bd. of Revision.**
Board of Tax Appeals, No. 95–S–839. Reported at 82 Ohio St.3d 193, 694 N.E.2d 1324. On motion for reconsideration. Motion denied.

F.E. SWEENEY and PFEIFER, JJ., dissent.

**98–592. United Auto Workers Local Union 1112 v. Philomena.**
Franklin App. Nos. 97APE01–100 and 97APE01–69. Reported at 82 Ohio St.3d 1450, 695 N.E.2d 1148. On motion for reconsideration. Motion denied.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–876. Fioretti v. Lottery Channel, Inc.**
Hamilton App. Nos. C–970320 and C–970321. Reported at 82 Ohio St.3d 1453, 695 N.E.2d 1150. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

**98–907. State v. Decker.**
Lucas App. No. L–98–1088. Reported at 82 Ohio St.3d 1474, 696 N.E.2d 602. On motion for reconsideration. Motion denied.

**98–911. Naragon v. Dayton Power & Light Co.**
Shelby App. No. 17–97–21. Reported at 82 Ohio St.3d 1477, 696 N.E.2d 604. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

**98–1007. State v. Treen.**
Ottawa App. No. OT–95–023. Reported at 82 Ohio St.3d 1474, 696 N.E.2d 602. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

*Thursday, August 27, 1998*

## MOTION DOCKET

**97–1117. Simmons–Harris v. Goff.**
Franklin App. Nos. 96APE08–982 and 96APE08–991. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County. Upon consideration of the motion of Hanna Perkins School et al. for additional oral argument time and the motion of Hope for Cleveland's Children et al. to extend time for oral argument and to change date of oral argument,

IT IS ORDERED by the court that the motions for additional time for oral argument be, and hereby are, granted, and time is extended to twenty minutes per side.

IT IS FURTHER ORDERED by the court that the motion to change date of oral argument be,